UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:10-cr-00046-SEB-MJD |
| | ) | |
| CORY LOMAN, | ) | -02 |
| | ) | |
| Defendant. | ) | |

### ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Mark J. Dinsmore's Report and Recommendation pursuant to 28 U.S.C. §636(b)(1)(B) , the Court now approves and adopts the Report and Recommendation as the entry of the Court. The Court denies Defendant's *Motion for Return of Seized Property* [Dkt. 252] and orders the final judgment to be amended to include the forfeiture of Defendant's vehicle.

SO ORDERED.

Date: 4/7/2016

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation and Parole

United States Marshal Service